McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

JUL 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JAVIER ZAMBRANO, ) <br>  aka "Pelon" and ) <br> BULMARO ROMERO, ) <br> ) <br> Defendants. ) | CR.NO. 1: 06 CR 0 0 2 5 6 AWI <br><br> EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 27, 2006, charging the above defendants with a violation of Title 21, United States Code, Section 846 - Conspiracy to Distribute Methamphetamine and other violations, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on this offense; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and

execution of the warrants.

DATED: July _ 2006                                  Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/ Kimberly A. Kelly
KIMBERLY A. KELLY
Assistant U.S. Attorney

ORDERED as prayed this 27th day of July 2006

_____
U.S. Magistrate Judge

2