

1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorney
3  2500 Tulare Street
   Room 4401
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,      )     1:06-cr-00256 AWI
9                                 )
                  Plaintiff,      )
10                                )
                  v.              )     REQUEST BY THE UNITED
11                                )     STATES TO PROVIDE REDACTED
   BULMARO ROMERO,                )     COPY OF INDICTMENT TO
12                                )     BULMARO ROMERO
                  Defendant.      )
13  _____)

            Comes now the United States, by and through its attorneys of
14
    record, McGregor W. Scott, United States Attorney, and Kimberly
15
    A. Kelly, Assistant United States Attorney, and request leave of
16
    the Court to provide a redacted copy of the Criminal Indictment
17
    in the above-referenced matter to BULMARO ROMERO.   (Attached
18
    hereto as Exhibit A).   The government further requests that the
19
    original indictment remain sealed, but that the case be unsealed.
20
    DATED: August 11, 2006                   Respectfully submitted,
21
                                             McGREGOR W. SCOTT
22                                           United States Attorney
23
                                       By    Kimberly a Kelly
24                                           KIMBERLY A. KELLY
                                             Assistant U.S. Attorney
25
    IT IS SO ORDERED:
26
    DATED: August 11, 2006
27                                     Hon. SANDRA M. SNYDER
                                       U.S. Magistrate Judge
28

                                    1

Exhibit A

McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**ORIGINAL FILED**

JUL 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                 DEPUTY CLERK

**UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

CR. **1: 0 6 CR 0 0 2 5 6 AWI**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|            Plaintiff, | ) VIOLATIONS: 21 U.S.C. § 846 - |
| | ) Conspiracy to Distribute |
|      v. | ) Methamphetamine; |
| | ) 21 U.S.C. § 841(a)(1) - |
| | ) Distribution of Methamphetamine |
| | ) (4 counts); 18 U.S.C. §922(g)(1) |
| BULMARO ROMERO, | ) - Felon in Possession of a |
| | ) Firearm |
|            Defendants. | ) |

I N D I C T M E N T

COUNT ONE: [21 U.S.C. § 846 - Conspiracy to Distribute
            Methamphetamine]

    The Grand Jury charges: T H A T

                    BULMARO ROMERO

defendants herein, beginning no later than February 27, 2006 and

continuing until July 27, 2006, in the County of Fresno, State and

Eastern District of California and elsewhere, did knowingly and

intentionally conspire with each other and other persons known and

1  unknown to the grand jury, to distribute 5 grams and more of a

2  actual methamphetamine

3      All in violation of Title 21, United States Code, Section

4  846, and 841(a)(1) and 841(d)(1)(B).

5  COUNT TWO:  [21 U.S.C. § 841(a)(1) - Distribution of
                   Methamphetamine]

6

7      The Grand Jury further charges: T H A T

8

                          BULMARO ROMERO,

9

10  defendants herein, on or about February 27, 2006, in the County of

11  Fresno, State and Eastern District of California and elsewhere,

12  did knowingly and intentionally distribute 5 grams and more of

13  actual methamphetamine, a Schedule II controlled substance.

14      All in violation of Title 21, United States Code, Section

15  841(a)(1) and 841(b)(1)(B).

16  COUNT THREE:    [21 U.S.C. § 841(a)(1) - Distribution of
                       Methamphetamine]

17

18      The Grand Jury further charges: T H A T

19

20

21  defendant herein, on or about March 8, 2006, in the County of

22  Fresno, State and Eastern District of California and elsewhere,

23  did knowingly and intentionally distribute 5 grams and more of

24  actual methamphetamine, a Schedule II controlled substance.

25      All in violation of Title 21, United States Code, Section

26  841(a)(1) and 841(b)(1)(B).

27

28

                               2

1  COUNT FOUR:  [21 U.S.C. § 841(a)(1) - Distribution of
2                    Methamphetamine]

3          The Grand Jury further charges: T H A T

4

5                         BULMARO ROMERO,

6  defendants herein, on or about June 30, 2006, in the County of

7  Fresno, State and Eastern District of California and elsewhere,

8  did knowingly and intentionally distribute methamphetamine, a

9  Schedule II controlled substance.

10         All in violation of Title 21, United States Code, Section

11  841(a)(1) and 841(b)(1)(C).

12  COUNT FIVE:      [18 U.S.C. §922(g)(1)- Felon in Possession of a
13                    Firearm]

    The Grand Jury further charges: T H A T

14

15

16  defendant herein, on or about January 31, 2006, in the County of

17  Fresno, State and Eastern District of California and elsewhere,

18  having been convicted of a crime punishable by imprisonment for a

19  term exceeding one year, did knowingly possess a firearm, to wit,

20  a Smith and Wesson, caliber .357 Magnum, Model 19, serial number

21  BFW3145, which had been shipped and transported in interstate

22  commerce.

23  ///

24  ///

25  ///

26  ///

27

28

                              3

1     All in violation of Title 18, United States Code, Section

2  922(g)(1).

3

4

5

6

                    A TRUE BILL,

                           _____

                           FOREPERSON

7  McGREGOR W. SCOTT
    United States Attorney

8

9
    By

10  MARK E. CULLERS
    Assistant U.S. Attorney

11  Chief, Fresno Office

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28