

FILED
NOV 04 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00256 AWI |
| ) | |
| Plaintiff, ) | MOTION TO UNSEAL INDICTMENT |
| ) | AND ORDER |
| v. ) | |
| ) | |
| JAVIER ZAMBRANO, ) | |
|   aka "PELON", and ) | |
| BULMARO ROMERO, ) | |
| ) | |
| Defendant. ) | |

The United States of America hereby moves this court for an order unsealing the Indictment as to Javier Zambrano, aka "Pelon" and Bulmaro Romero.

Dated: November 4, 2010                    Respectfully submitted,

                                           BENJAMIN W. WANGER
                                           United States Attorney

                                       By: /S/Kevin P. Rooney
                                           KEVIN P. ROONEY
                                           Assistant U.S. Attorney

1

1   IT IS HEREBY ORDERED that the Indictment be unsealed and made public record.

DATED: 11-4-10

_____
UNITED STATES DISTRICT COURT JUDGE